BENJAMIN F. SHERMAN, Respondent, *v.* EDWARD F. ROOK, Appellant.

(Argued April 15, 1880; decided June 1, 1880.)

*Winchester Britton,* for appellant.

*Joseph A. Shoudy,* for respondent.

Agree to dismiss appeal.
No opinion.
All concur.
Appeal dismissed.

---

ISAAC A. COHEN, Respondent, *v.* JAMES H. FARTHING et al., Appellants.

(Argued April 15, 1880; decided June 1, 1880.)

*A. D. L. Baker,* for appellants.

*Ralph Glasgow,* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.